IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMMY CUEVAS, | CASE NO. 5:12-cv-03087 EJD |
| Plaintiff(s), | **ORDER EXTENDING STAY OF ACTION** |
| v. | |
| CITY OF CAMPBELL, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Status Statement (see Docket Item No. 34), the court finds good cause to extend the previously-imposed stay of this action. Accordingly, the court issues the following order:

1. This case is STAYED until a final ruling has been issued on Plaintiff's anticipated appeal from the state court's order in the Writ of Administrative Mandamus Proceeding;

2. Due to what may be a period of extended inactivity while the appeal progresses, the clerk of the court shall administratively close this file.

3. The parties shall provide notice to the court within one week of the issuance of the final appellate determination. In the notice, the parties shall request that this matter be reopened and that a case management conference be scheduled.

4. This Order shall not prevent either party from seeking to reopen this case and lift or extend the stay should the circumstances warrant.

**IT IS SO ORDERED.**

Dated: January 15, 2013



EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-cv-03087 EJD
ORDER EXTENDING STAY OF ACTION

1